United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO GARCIA,

    Plaintiff,

v.

JACK DUDUM, et al.,

    Defendants.

Case No. 21-cv-05081-SI

**JUDGMENT**

Re: Dkt. No. 61

On March 30, 2022, the Court granted defendants' motion to dismiss plaintiff's Americans with Disabilities Act claim and declined to exercise supplemental jurisdiction over plaintiff's Unruh Act claim. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendants and against plaintiff, without prejudice to plaintiff re-filing his Unruh Act claims in state court. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 18, 2022

SUSAN ILLSTON
United States District Judge